

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00041-CR

| | | |
|---|---|---|
| Andrew Stephen Chapman | § | From County Criminal Court No. 9 |
| | § | of Tarrant County (1411937) |
| v. | § | July 27, 2017 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REHEARING

The State of Texas filed a motion for rehearing and a motion for en banc reconsideration of our opinion that issued on December 15, 2016. We deny the State's motion for en banc reconsideration, grant the State's motion for rehearing, withdraw our opinion and judgment dated December 15, 2016, and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's "Order" denying the "Motion to Suppress" or the trial court's judgment. It is ordered that the "Order" denying the "Motion to Suppress" is affirmed and that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
      Justice Bill Meier